# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00381-CV

### In re Antonio Brunet

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus, complaining of the district court's order dated June 5, 2015, is denied.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   July 15, 2015

---

[1]  *See* Tex. R. App. P. 52.8(a).